LITTLER MENDELSON
A Professional Corporation
One Newark Center, Eighth Floor
Newark, NJ 07102-5311
973.848.4700
Attorneys for Defendant
Dave & Buster's, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY McCOY,<br><br>                          Plaintiff,<br><br>-against-<br><br>DAVE & BUSTER'S, INC.,<br><br>                          Defendant. | Civil Action No. 15 Civ. 0465 (JFB)(ARL)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>VIA ECF |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Anthony McCoy and the undersigned counsel of record for Defendant Dave & Buster's, Inc., that the above-captioned action shall be and hereby is dismissed with prejudice as to all parties, without costs or attorneys' fees to any party.

                                                  LITTLER MENDELSON, P.C.
                                                  Attorneys for Defendant

By: /s/ _____          By: /s/ _____
     Anthony McCoy, Plaintiff                       Rachel Seaton Brownell, Esq.
                                                           Dylan C. Dindial, Esq.

Dated: February 25, 2020                        Dated: 3/17, 2020